IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY,<br>          *Plaintiff,*<br><br>                    v.<br><br>PIP PROPERTY MANAGEMENT, LLC, *et al.*,<br>          *Defendants.* | :<br>:<br>:<br>:<br>:<br>: CIVIL NO. 23-3695<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this **22nd** day of **January 2024**, following a Rule 16 Conference held on this same day, it is **hereby ORDERED** that a status conference will take place via telephone on **February 22, 2024 at 10:00 a.m.** Counsel is instructed to telephone 888-557-8511, then enter 8302815# to be connected with the Judge.

BY THE COURT:

_____
HON. KAI N. SCOTT
**United States District Court Judge**