IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| The Cincinnati Specialty Underwriters Insurance Company<br>*Plaintiff*, | : <br> : <br> : <br> : | CIVIL ACTION<br>NO. 23-3695 |
| v. <br> PIP Property Management, LLC et al | : <br> : <br> : | |
| *Defendant*. | : | |

## STATUS REPORT

1. Is the case ready for trial? If not, why not?

   This coverage case is not yet ready for trial. The parties have not completed discovery, and are seeking the Court's permission to stay discovery in this action while they pursue a global mediation of the issues in this coverage case, the underlying tort action for which coverage is at issue in this case, and the related coverage action pending in this court between these defendants and Penn National Insurance Company.

2. What discovery has been completed and what remains to be done?

   Written discovery has been propounded by Cincinnati upon Defendants. Defendants have provided some responses and objections. Cincinnati served Defendants with a deficiency letter and the parties held a meet and confer, during which Defendants agreed to provide certain supplemental responses and the parties agree to table certain areas of disagreement while they jointly explored the above described global mediation.

3. Will the parties benefit from a settlement conference? If so, when will you be ready?

   Not at this time. The parties are instead working toward the proposed global mediation. If that does not resolve all three of the mentioned cases, then a settlement conference with this Court would be requested.

4. Do the parties consent to the jurisdiction of a magistrate judge?

   Not at this time.

/s/ Anthony L. Miscioscia
Anthony L. Miscioscia
Atty. I.D. No. 69215
Three Logan Square - 24th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 587-1170
Email: amiscioscia@postschell.com

/s/ Jonathan A. Cass
Jonathan A. Cass
Cohen, Seglias, Pallas, et al.
1600 Market Street, 32nd Floor
Philadelphia, PA 19103
Phone: (215) 564-1700
Email: jcass@cohenseglias.com

/s/ Mark Bradley Goodheart
---

Mark Bradley Goodheart
The Goodheart Firm, P.C.
529 16th Street, Suite 100
Philadelphia, PA 19146
Phone: (215) 710-0909
Email: mark@thegoodheartfirm.com